# Third District Court of Appeal
## State of Florida

Opinion filed August 7, 2024.
Not final until disposition of timely filed motion for rehearing.

_____

No. 3D23-2197
Lower Tribunal No. 23-14881
_____

**Dov Konetz,**
Appellant,

vs.

**Andrew Saka,**
Appellee.

An appeal from a non-final order from the Circuit Court for Miami-Dade County, Vivianne del Rio, Judge.

Law Offices of Roy R. Lustig, P.A., and Roy R. Lustig, for appellant.

Brinkley Morgan, Mark A. Levy, and Benjamin Sunshine (Fort Lauderdale), for appellee.

Before LOGUE, C.J., and MILLER, and GORDO, JJ.

PER CURIAM.

Affirmed.